LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile:  (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MIGUEL LOPEZ-CONTRERAS, | No.  EDCV 12-611 AGR |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THREE HUNDRED TWENTY FIVE DOLLARS AND 00/100 ($2,325.00) subject to the terms of the stipulation.

DATE: December 26, 2012   __/s/ Alicia G. Rosenberg__

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-